Bruce J. Castleton     [ISB No. 6915]
Jacob H. Naylor     [ISB No. 8474]
Tyler D. Williams     [ISB No. 8512]
NAYLOR & HALES, P.C.
Attorneys at Law
950 W. Bannock Street, Ste. 610
Boise, ID 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516
Email: bruce@naylorhales.com; jake@naylorhales.com; tdw@naylorhales.com

Attorneys for Defendant Larry Colella

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ASHLEY BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>WEISER AMBULANCE DISTRICT, a political subdivision of the State of Idaho; LARRY COLELLA, an individual,<br><br>    Defendants. | Case No. _____<br><br>**DEFENDANTS' JOINT NOTICE OF REMOVAL** |

## I. NOTICE OF REMOVAL

Defendants Weiser Ambulance District and Larry Colella, by and through their attorneys of record, Idaho Employment Lawyers, PLLC and Naylor & Hales, P.C., hereby remove the above-entitled action to the United States District Court for the District of Idaho, pursuant to 28 U.S.C. §§ 1331, 1441, 1446, Federal Rule of Civil Procedure 81, and Local District Rule 81.1. Defendants state that the basis for this removal is as follows:

**DEFENDANTS' JOINT NOTICE OF REMOVAL - 1.**

1.	The above-entitled action was originally filed, but not served, in the District Court of the Third Judicial District of the State of Idaho, in and for the County of Washington, on November 22, 2019, alleging several state and federal claims. The federal claims are for gender discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e.

2.	Jurisdiction in this Court is proper pursuant to 28 U.S.C. §§ 1331 and 1441(a).

3.	This Court has original jurisdiction over Plaintiff's Complaint because the alleged Title VII claims arise under the laws of the United States, pursuant to 28 U.S.C. § 1331. The Court also has supplemental jurisdiction over the alleged state law claims, pursuant to 28 U.S.C. § 1441(c).

4.	Complete copies of the following pleadings and documents filed in the original state court action are attached hereto as the following exhibits:

>	Exhibit 1	Complaint and Demand for Jury Trial
>	Exhibit 2	Summons
>	Exhibit 3	Affidavit of Service

5.	A copy of the state court docket sheet is attached hereto as Exhibit 4, pursuant to D. Id. L.Civ. R. 81.1(a).

6.	Defendant Larry Colella is represented by the law firm of Naylor & Hales, P.C., and Defendant Weiser Ambulance District is represented by Idaho Employment Lawyers, PLLC.

7.	Defendant Larry Colella was served with the Complaint on April 3, 2020. Defendant Weiser Ambulance District was served with the Complaint on April 10, 2020. This Notice of Removal is therefore timely filed within 30 days of such notice, pursuant to 28 U.S.C. § 1446(b)(1).

**DEFENDANTS' JOINT NOTICE OF REMOVAL - 2.**

DATED this 4th day of May, 2020.

IDAHO EMPLOYMENT LAWYERS, PLLC       NAYLOR & HALES, P.C.

By */s/ Pam Howland*                                      By */s/ Tyler D. Williams*
   PAM HOWLAND, Of the Firm                        TYLER D. WILLIAMS, Of the Firm
   Attorneys for Defendant Weiser                      Attorneys for Defendant Larry Colella
   Ambulance District

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Eric S. Rossman, | erossman@rossmanlaw.com; |
| Erica S. Phillips | ephillips@rossmanlaw.com; |
| Matthew G. Gunn | mgunn@rossman1aw.com |
| ROSSMAN LAW GROUP, PLLC | |
| *Attorneys for Plaintiff* | |
| Pam Howland | phowland@idemploymentlawyers.com |
| Rebecca L. Stewart | rstewart@idemploymentlawyers.com |
| Idaho Employment Lawyers, PLLC | |
| *Attorneys for Defendant Weiser Ambulance District* | |

                                 */s/ Tyler D. Williams*
                                 TYLER D. WILLIAMS

11028_02 Defs' Joint Notice of Removal (Federal Court) FINAL

**DEFENDANTS' JOINT NOTICE OF REMOVAL - 3.**