# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| ASHLEY BROWN,<br><br>　　Plaintiff,<br><br>vs.<br><br>WEISER AMBULANCE DISTRICT, a political subdivision of the State of Idaho; LARRY COLELLA, an individual<br><br>　　Defendants. | Case No.: 1:20-cv-00211-REB<br><br>**ORDER OF DISMISSAL** |

　　This matter having come before the Court upon the parties' Stipulation for Dismissal With Prejudice (Dkt. 29), pursuant to FRCP 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being duly advised,

　　IT IS HEREBY ORDERED that this action is DISMISSED, WITH PREJUDICE, each party to pay its own attorneys' fees and costs.

　　IT IS ALSO HEREBY ORDERED that the Motion to Dismiss (Dkt. 5) and Second Motion to Dismiss (Dkt. 14) are DENIED AS MOOT.

　　The Clerk's Office is directed to close the case.

DATED: April 16, 2021

_Ronald E. Bush_
Ronald E. Bush
Chief U.S. Magistrate Judge

**ORDER OF DISMISSAL - 1**